UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Wheaton College

                                       Plaintiff,

v.                                                      Case No.: 1:13−cv−08910
                                                      Honorable Robert M.
                                                      Dow Jr.

Kathleen Sebelius, Sec of US Dept of Health &
Human Servs., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Unopposed MOTION by Defendants Jacob J. Lew, Sec of US Dept of Treasury, Thomas E Perez, Kathleen Sebelius, Sec of US Dept of Health & Human Servs., United States Department of Health and Human Services, United States Department of Labor, United States Department of Treasury for extension of time [19] to file respond to the complaint is granted to and including 4/1/2014. Notice of Motion date of 2/25/2014 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.