IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHEATON COLLEGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-CV-08910 |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, *et al.* | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS, AND IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants move this Court under Fed. R. Civ. P. 12(b)(1) to dismiss Count XIV of plaintiff's complaint for lack of subject matter jurisdiction. Defendants move this Court under Fed. R. Civ. P. 12(b)(6) and 56 to dismiss the remainder of plaintiff's complaint for failure to state a claim upon which relief can be granted or, in the alternative, to enter summary judgment for defendants. A supporting memorandum of law and a statement of undisputed facts accompany this motion.

Dated April 1, 2014          Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ZACHARY T. FARDON
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

   <u>/s/ Julie S. Saltman</u>
JULIE S. SALTMAN (DC Bar No. 975015)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7111
Washington, D.C.  20530
Tel: (202) 532-4252
Fax: (202) 616-8470
Email: Julie.saltman@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                                      _/s/ Julie S. Saltman_____
                                                      JULIE S. SALTMAN