IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHEATON COLLEGE<br><br>    *Plaintiff*,<br><br>v.<br><br>THOMAS PRICE, Secretary<br>of the United States Department of<br>Health and Human Services, et. al,<br><br>    *Defendants*. | No. 1:13-cv-8910<br><br>**DEFENDANTS' STATUS REPORT** |

Pursuant to this Court's order of April 10, 2017, defendants submit this status report on the status of the appeal of this case.

In the Seventh Circuit, the related cases maintain their stays. In *University of Notre Dame v. Burwell*, the Court ordered the parties to file status reports on June 1, 2017. Dkt. 134, No. 13-3853 (7th Cir. May 10, 2017). The Court in *Grace Schools v. Burwell* ordered the parties to file status reports June 14, 2017. Dkt. 136, No. 14-1430 (7th Cir. May 17, 2017).

Thus defendants request that the stay be extended and that the parties be permitted to file further status reports in 60 days on July 21, 2017.

Dated May 22, 2017                    Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            JOEL R. LEVIN
                                            Acting United States Attorney

                                            JENNIFER RICKETTS
                                            Director

                                            SHEILA M. LEIBER
                                            Deputy Director

/s/ Julie Saltman
Julie Saltman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7136
Washington, D.C.  20530
Tel: (202) 532-4252
Fax: (202) 616-8470
Email: Julie.Saltman@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Court's ECF system on May 22, 2017, and was thereby electronically served on counsel for all parties.

/s/ Julie Saltman
Julie Saltman
