IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WHEATON COLLEGE, | |
| *Plaintiff*, | |
| v. | No. 1:13-cv-8910 |
| ERIC D. HARGAN, *et al.*, | **JOINT STATUS REPORT** |
| *Defendants*. | |

The parties submit this joint status report and motion pursuant to this Court's order of November 13, 2017 (ECF No. 111). On October 6, 2017, the Departments issued new interim final regulations that modify some of the regulations at issue in this litigation. 82 Fed. Reg. 47792. The Seventh Circuit has now dismissed the two pending appeals related to this issue. *University of Notre Dame v. Price*, No. 13-3853 (7th Cir. dismissed Oct. 17, 2017); *Grace Schools v. Price*, No. 14-1430 (7th Cir. dismissed Oct. 19, 2017). The parties are continuing to discuss an appropriate resolution of this case. The parties therefore ask that the Court continue the stay in this case and instruct the parties to file a status report no later than January 5, 2018.

DATED: November 30, 2017

Respectfully submitted,

ETHAN P. DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Director, Federal Programs
   Branch

/s/ *Emily Newton*
EMILY NEWTON (VA Bar # 80745)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 305-8356
fax: (202) 616-8470
email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

*/s/ Mark Rienzi*
Mark Rienzi
Diana Verm
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095 (tel.)
(202) 955-0090 (fax)

Christian Poland
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL  60601-3315
(312) 602-5085 (tel.)
Christian.Poland@bryancave.com

*Attorneys for Plaintiff Wheaton College*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Emily Newton*
EMILY S. NEWTON