**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WHEATON COLLEGE, | |
| *Plaintiff,* | |
| v. | No. 1:13-cv-8910 |
| AZAR, Secretary, United States Department of Health and Human Services, *et al.,* | Honorable Robert M. Dow, Jr. |
| *Defendants.* | |

**WHEATON COLLEGE'S REPLY IN SUPPORT OF ITS MOTION FOR PERMANENT INJUNCTION AND DECLARTORY RELIEF**

Defendants do not oppose Plaintiff Wheaton College's ("Wheaton") motion for a permanent injunction and declaratory relief, so Wheaton's motion should be granted. *See* Dkt. 117 at 1-2. Defendants acknowledge that enforcement of the currently operative rules regarding the "contraceptive mandate" violate the Religious Freedom Restoration Act (*see id.* at 1). Defendants only ask that the injunction granted to Wheaton (a) "be limited to the contraceptive coverage services to which Plaintiff has religious objections" and (b) only extend to "Wheaton College, its insurers and third-party administrators, as their conduct relates to Wheaton College's health plans." *Id.* at 2.

Wheaton has no objection to the limitations requested by the Defendants. Defendants' first requested limitation can be effectuated using Wheaton's proposed order simply by changing the broader term "health benefits" to "contraceptive coverage services" so that the phrase at the top of page 2 would read "contraceptive coverage services which violate Wheaton College's conscience." Defendants' second requested limitation is already met by Wheaton's proposed order, which prohibits enforcement of the mandate "against Wheaton College and its insurers and third-

1

party administrators, as their conduct relates to Wheaton College's health plans." Dkt. 116-1 (Proposed Order).

Accordingly, Wheaton respectfully requests that the Court enter the declaratory and injunctive relief requested in Wheaton's motion, in the form of the Proposed Order previously provided to the Court (*see* Dkt. 116-1) with the modification noted above. (If the Court would like Wheaton to submit a revised, final order for entry, it will do so).

Respectfully submitted,

/s Mark Rienzi

Mark Rienzi
Diana Verm
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095 (tel.)
(202) 955-0090 (fax)
mrienzi@becketlaw.org

Christian Poland
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601-3315
(312) 602-5085 (tel.)
Christian.Poland@bryancave.com

*Attorneys for Plaintiff Wheaton College*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Court's ECF system on February 8, 2018, and was thereby electronically served on counsel for Defendants.

<u>*s/ Mark L. Rienzi*</u>
Mark L. Rienzi
*Counsel for Plaintiff Wheaton College*