# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Wheaton College,

Plaintiff(s),

v.

Sylvia Mathews Burwell
Secretary of the United States Department of
Health and Human Services, et al.,

Defendant(s).

Case No. 13-cv-8910
Judge Dow, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Wheaton College
and against defendant(s) Sylvia Mathews Burwell, United States Department of Health and Human Services, Thomas E Perez, United States Department of Labor, Jacob J. Lew, United States Department of Treasury, American Civil Liberties Union, and American Civil Liberties Union of Illinio on Count I only.

in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date:   2/22/2018                              Thomas G. Bruton, Clerk of Court

                                               C. Hoesly, Deputy Clerk