**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WHEATON COLLEGE, *Plaintiff*, v. ALEX M. AZAR, II, *et al.*, *Defendants*. | No. 1:13-cv-8910 **JOINT STATUS REPORT** |

The parties submit this joint status report and motion pursuant to this Court's order of April 2, 2018. ECF No. 127; *see also* ECF No. 125 (requesting leave to file a joint status report with the Court on or before April 26, 2018). The parties report that while they have, in accordance with Local Rule 54.3(d), conferred and attempted in good faith to come to an agreement on the amount of fees or related nontaxable expenses that should be awarded prior to filing a fee motion, they have thus far been unable to do so, and it appears that they will likely be unable to resolve the issue without the Court's intervention. Plaintiff has therefore indicated that it plans to move forward with its motion for attorneys' fees and costs, and the parties are currently discussing appropriate next steps to fully resolve the issue. Accordingly, the parties respectfully request that the Court permit the parties to continue their discussions and file with the Court on or before May 17, 2018, a proposal for resolving the fees issues, including, as necessary, a proposed schedule for briefing that issue.

DATED: April 26, 2018                    Respectfully submitted,

ETHAN P. DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Director, Federal Programs
    Branch

/s/ *Emily Newton*
EMILY NEWTON (VA Bar # 80745)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
phone: (202) 305-8356
fax: (202) 616-8470
email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

*/s/ Mark Rienzi*
Mark Rienzi
Diana Verm
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095 (tel.)
(202) 955-0090 (fax)

Christian Poland
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601-3315
(312) 602-5085 (tel.)
Christian.Poland@bryancave.com

*Attorneys for Plaintiff Wheaton College*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  */s/ Emily Newton*
                                                  EMILY S. NEWTON