

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Christian Poland

Firm   Bryan Cave Leighton Paisner LLP

Street Address   161 N. Clark Street, Suite 4300

City/State/Zip Code   Chicago, IL 60601

Phone Number   312-602-5000

Email address   christian.poland@bclplaw.com

ARDC (Illinois State Bar members, only)   NDIL 90784475 (ARDC 6225860)

If you have previously filed an appearance with this court using a different name, enter that name.

Bryan Cave LLP (Law Firm name change only)

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 18-cv-00573 | Garrick v. Moody Bible Inst. | John Z. Lee |
| 17-cv-03228 | Donohoe v. Corpak MedSystem | Manish S. Shah |
| 13-cv-5014 | John v. Hastert | Charles P. Kocoras |
| 13-cv-8910 | Wheaton College v. Azar | Robert M. Dow, Jr. |
| | | |
| | | |

/s Christian Poland                           May 3, 2018
_____   _____
Signature of Attorney                         Date

Rev. 01272016