IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHEATON COLLEGE, <br><br>     *Plaintiff*, <br><br> v. <br><br> ALEX AZAR, Secretary, <br> United States Department of <br> Health and Human Services, *et al.*, <br><br>     *Defendants*. | No. 1:13-cv-8910 <br><br> Honorable Robert M. Dow, Jr. |

**JOINT STATUS REPORT ON
WHEATON COLLEGE'S ANTICIPATED
MOTION FOR ATTORNEYS' FEES**

Plaintiff, Wheaton College (the "College"), and Defendants (the "Government") provide the following joint status report regarding their attempts to resolve by settlement the attorneys' fees and costs Plaintiff seeks for work related to this litigation. Despite good faith efforts on both sides to revolve such matters, the parties have not been able to reach an agreement on fees and costs. Thus, to resolve this issue, the parties propose the following procedure and schedule based in part on the procedure set forth in Local Rule 54.3.

May 17, 2018 for the College's disclosures under Local Rule 54.3(d)(4);[1]

June 7, 2018 for the Government's disclosures under Local Rule 54.3(d)(5);[2]

June 22, 2018 for the parties to identify the remaining disputed issues;

---

[1] By previous order (Dkt. 132), this Court extended the deadline for Plaintiff to provide the disclosures set forth in Local Rule 54.3(d)(1).

[2] The Government notes that, as anticipated in the local rule, it may not be able to provide all of the disclosures listed in part (d)(5) of the rule because the Government does not keep such information.

July 16 for the parties to engage in discussions to attempt to resolve any remaining disputes;

August 6, 2018 for the parties to prepare the Joint Statement of disputed issues;

September 7, 2018 for the College to file any motion for attorneys' fees;

September 28, 2018 for Defendants to file any response to any motion for attorney's fees.

October 19, 2018 for the College to file any reply.


Dated: May 17, 2018                      Respectfully submitted,

<u>/s Mark Rienzi</u>

Mark Rienzi
Diana Verm
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095 (tel.)
(202) 955-0090 (fax)

Christian Poland
BRYAN CAVE LEIGHTON PAISNER LLP
161 N. Clark St., Suite 4300
Chicago, IL  60601-3315
(312) 602-5085 (tel.)
christian.poland@bclplaw.com

*Attorneys for Plaintiff Wheaton College*

ETHAN P. DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Director, Federal Programs Branch

EMILY NEWTON (VA Bar # 80745)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
phone: (202) 305-8356
fax: (202) 616-8470
email: emily.s.newton@usdoj.gov

*Attorneys for Defendants*

11705373.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Court's ECF system on May 17, 2018, and was thereby electronically served on counsel for Defendants.

*s/ Mark L. Rienzi*
Mark L. Rienzi
*Counsel for Plaintiff*

4

11705373.1