IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHEATON COLLEGE,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALEX AZAR, Secretary,<br>United States Department of<br>Health and Human Services, *et al.*,<br><br>    *Defendants*. | No. 1:13-cv-8910<br><br>Honorable Robert M. Dow, Jr. |

**WHEATON COLLEGE'S NOTICE TO THE COURT**

    Plaintiff, Wheaton College ("Wheaton") hereby gives notice to the Court that it withdraws its Motion for Award of Attorneys' Fees and Nontaxable Expenses (Dkt. 136), as the parties have resolved the matter.

| | |
|---|---|
| December 20, 2018 | Respectfully submitted,<br><br>/s Mark Rienzi<br>Mark Rienzi<br>Diana Verm<br>THE BECKET FUND FOR RELIGIOUS LIBERTY<br>1200 New Hampshire Ave. NW, Ste. 700<br>Washington, DC 20036<br>(202) 955-0095 (tel.)<br>(202) 955-0090 (fax)<br><br>Christian Poland<br>BRYAN CAVE LLP<br>161 N. Clark St., Suite 4300<br>Chicago, IL 60601-3315<br>(312) 602-5085 (tel.)<br>Christian.Poland@bryancave.com<br><br>*Attorneys for Plaintiff Wheaton College* |

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was electronically filed with the Court's ECF system on December 20, 2018, and was thereby electronically served on counsel for Defendants.

                                            *s/ Mark L. Rienzi*
                                            Mark L. Rienzi
                                            *Counsel for Plaintiff*